IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| THOMAS DRISKILL, SR., *et al.*, | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 3:05-cv-21 |
| BEN W. HOOPER, II, | ) | |
| Defendant | ) | |

## O R D E R

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendant's motion to dismiss plaintiffs' complaint [Court File #7] is GRANTED and this action DISMISSED. Plaintiffs' motion to settle case through arbitration [Court File #11] is DENIED.

**E N T E R :**

                                        *s/ James H. Jarvis*
                                 UNITED STATES DISTRICT JUDGE